## Commonwealth v. Hodges, Appellant.

Submitted November 12, 1968. *George J. Barco,* for appellant; *David P. Truax,* Assistant District Attorney, and *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Holden, Appellant.

Argued November 13, 1968. *John J. Dean,* Assistant Trial Defender, with him *George H. Ross,* Director, for appellant; *Charles B. Watkins,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Kerston, Appellant.

Argued November 13, 1968. *Thomas A. Livingston,* for appellant; *Charles B. Watkins,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.